# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| EBENEZER JEAN BAPTISTE NSEME, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 4:18-cv-01674-KOB-JHE |
| ) | |
| ETOWAH COUNTY DETENTION ) | |
| CENTER, ) | |
| ) | |
| Respondent. | |

## MEMORANDUM OPINION

On February 14, 2019, the magistrate judge entered a Report and Recommendation, (doc. 9), recommending that the petition for writ of habeas corpus be dismissed with prejudice. No party has filed any objections.

The court has considered the entire file in this action, together with the report and recommendation, and ADOPTS the magistrate judge's report and ACCEPTS his recommendation. The court finds that the petition for writ of habeas corpus is due to be **DISMISSED**.

The court will enter a separate Final Order.

DONE and ORDERED this 5th day of March, 2019.

**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE